# COHEN

Michael S. Adler, Partner
Tel: 212.356.0251

> Application granted. The deadline by which Plaintiffs must file a proposed Order to Show Cause Without Emergency Relief as to why the Court should enter a default judgment against Defendants pursuant to Fed. R. Civ. P. 55 is extended to December 20, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 17.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 22, 2021

900 Third Avenue, S[...]

Via Electronic Case Filing

Honorable Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    <u>Teamsters Local 456 Pension Funds, et al. v. RVS Trucking Inc., et al., Civil Action No. 7:21-cv-05230-PMH</u>

Dear Judge Halpern:

    We represent the Plaintiffs in the above-referenced action.

    We write to respectfully request a three week extension, through December 20, 2021, to file an Order to Show Cause with a Motion for Default Judgment.

    The reason for the request is as follows: over the past month, we have been having discussions with the Defendants concerning settlement of this action. Those discussions are proceeding, with the Defendants advising today that they may seek legal counsel to advise on settlement.

    Accordingly, this extra time will hopefully lead to settlement, without the need for motion practice.

    We thank the Court for its consideration.

                           Respectfully submitted,

                           *Michael S. Adler*

                           Michael S. Adler

cc:    Defendants (by email)
         kakiss@optonline.net

9763982.1