

**Michael S. Adler, Partner**
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue,

> Plaintiffs' request that the Court stay consideration of the pending default motion is denied. The Court *sua sponte* extends the deadline by which Defendants must show cause why the Court should not enter a default judgment against them to April 1, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 34.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 3, 2022

<u>Via Electronic Case Filing</u>

Honorable Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    <u>Teamsters Local 456 Pension Funds, et al. v. RVS Trucking Inc., et al., Civil Action No. 7:21-cv-05230-PMH</u>

Dear Judge Halpern:

    We represent the Plaintiffs in the above-referenced action.

    We write to respectfully request that the Court stay consideration of the pending default motion for thirty days. We do so because today the Defendants remitted payment of contributions due through December 2021. As such, the remaining amounts due subject to the motion are damages. We hope to resolve damages due with the Defendants over the next month.

    If this request is granted, we are prepared to file another status report on or before April 1, 2022.

    We thank the Court for its consideration.

                             Respectfully submitted,

                             *Michael S. Adler*

                             Michael S. Adler

cc:    Defendants (by email)
        kakiss@optonline.net

9777204.1