UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

TEAMSTERS LOCAL 456 PENSION, HEALTH
& WELFARE, ANNUITY, EDUCATION &
TRAINING, INDUSTRY ADVANCEMENT, and
LEGAL SERVICES FUNDS by Louis A. Picani,
Joseph Sansone, Dominick Cassanelli, Jr., Saul
Singer, Ross Pepe, and Jeffrey Isaacs as Trustees
and fiduciaries of the Funds, and WESTCHESTER
TEAMSTERS LOCAL UNION NO. 456,

                                Plaintiffs,

            - against -

RVS TRUCKING INC., APRIL SEDLMAYER and
RALPH SEDLMAYER,

                             Defendants.

-------------------------------------------------------------- x

Civil Action No.
21-cv-05230 (PMH)(AEK)

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 24.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 29, 2022

## MOTION FOR DEFAULT JUDGMENT

      Plaintiffs hereby move the Court pursuant to Federal Rule of Civil Procedure

55(b)(2) and Local Civil Rule 55.2(b) to enter default judgment in favor of Plaintiffs and against

Defendants RVS Trucking Inc., April Sedlmayer and Ralph Sedlmayer, on the ground that

default has been entered against the Defendants for failure to answer or otherwise defend against

the Complaint.  The Defendants are not infants, incompetent, or in the military service of the

United States.

Dated:  January 31, 2022
      New York, New York

                           Respectfully submitted,

                           /s/ Michael S. Adler
                           Michael S. Adler
                           COHEN, WEISS AND SIMON LLP
                           900 Third Avenue, Suite 2100
                           New York, New York 10022-4869
                           Telephone: (212) 563-4100
                           Facsimile:  (646) 473-8251
                           madler@cwsny.com

                           Attorneys for Plaintiffs

9782875.1